OPINIONS OF THE SUPREME COURT OF OHIO
       The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
       Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
       NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


Santana, Appellee, v. Auto-Owners Insurance Company, Appellant.
[Cite as Santana v. Auto-Owners Ins. Co. (1994),     Ohio
St.3d     .]
Appellate procedure -- Supreme Court jurisdiction -- Actual
     conflict between appellate districts on rule of law must
     exist before certification of conflict is proper.
     (No. 93-1349 -- Submitted March 29, 1994 -- Decided May 4,
1994.)
       Certified by the Court of Appeals for Lucas County, No.
L-92-262.

       Law Offices of Mollenkamp & Fisher, John B. Fisher and
Alan L. Mollenkamp, for appellee.
       Jones & Bahret Co., L.P.A., Robert J. Bahret and Keith J.
Watkins, for appellant.

       This cause is before this court upon the certification of
the Court of Appeals for Lucas County that its judgment
conflicted with the judgment of the Court of Appeals for
Mahoning County in Miller v. Shelby Mut. Ins. Co. (1969), 20
Ohio App.2d 323, 49 O.O.2d 451, 253 N.E.2d 801.
       Having examined Miller and the record in the present
cause, we find that the judgments do not conflict.
Accordingly, the appeal is dismissed.  Copeco, Inc. v. Caley
(1994), 69 Ohio St.3d    ,       N.E.2d    ; Whitelock v. Gilbane
Bldg. Co. (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032; Freeman
v. Holzer Med. Ctr. (1993), 66 Ohio St.3d 601, 613 N.E.2d 1037;
State v. Parobek (1990) 49 Ohio St.3d 61, 550 N.E.2d 476; State
v. Radar (1989), 47 Ohio St.3d 112, 548 N.E.2d 210; Hays v. St.
Elizabeth Hosp. Med. Ctr. (1988), 38 Ohio St.3d 60, 526 N.E.2d
307; Cook v. Mayfield (1988), 37 Ohio St.3d 44, 523 N.E.2d 502;
State v. Palider (1987), 33 Ohio St.3d 68, 514 N.E.2d 873.
       Moyer, C.J., A.W. Sweeney, Douglas, Wright, Christley,
F.E. Sweeney and Pfeifer, JJ., concur.
       Judith A. Christley, J., of the Eleventh Appellate
District, sitting for Resnick, J.